# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA
_____

Mustafa Al-Amin, a/k/a/ John Hill,　　　　　　　　　Civil File No.:10-cv-484 (PAM/JJG)

　　　　　Plaintiff,

v.

City of Saint Paul, the　　　　　　　　　　　　　　**ORDER FOR DISMISSAL**
Saint Paul Police Department and
All Responding Officers

　　　　　Defendants.
_____

The matter comes before this Court on the parties' Stipulation to Dismiss All Claims Against the Defendants. Based upon the submissions of the parties, this Court makes the following:

**ORDER**

That all claims raised by Plaintiff against all Defendants in the above-referenced action shall be, and are, dismissed in their entirety, on the merits, with prejudice, and without costs, disbursements or fees to any party.

Dated: September 27, 2010　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　**s/Paul A. Magnuson**
　　　　　　　　　　　　　　　　　　　　　　Honorable Paul A. Magnuson
　　　　　　　　　　　　　　　　　　　　　　United States District Judge